**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-500**

---

In Re: JAMES CHARLES SLADE,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-95-286-3)

---

Submitted:  February 7, 1996          Decided:  February 29, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

James Charles Slade, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Charles Slade brought this mandamus petition seeking an order directing the district court to order the United States to respond to his 28 U.S.C. § 2255 (1988) motion. The district court has recently directed a response. Therefore, the complaint of delay in the district court is moot. Accordingly, while we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

PETITION DENIED